IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JILL CARUSO**, | : | Case No. 1:24-cv-1136 |
| | : | |
| | : | **Judge Solomon Oliver, Jr.** |
| Plaintiff, | : | |
| | : | **Magistrate Judge Jonathan Greenberg** |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **YK ENGLE RD LLC**, | : | |
| | : | |
| Defendant. | : | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Jill Caruso, and Defendant, YK Engle Rd LLC, an Ohio limited liability company (collectively, the "Parties"), both by counsel, state:

1. The Parties have reached an agreement to settle the above-captioned matter.

2. The Parties are in the process of exchanging documents and expect to finalize the settlement agreement within the next thirty (30) days.

3. The Parties will file a *Joint Stipulation of Dismissal* upon the execution of the agreed-upon settlement agreement.

Respectfully submitted,

| | |
|---|---|
| /s/ *Spencer M. Sukel* | /s/ *Owen B. Dunn, Jr.* |
| DOUG P. HOLTHUS (0037046) | Owen B. Dunn, Jr. (0074743) |
| SPENCER M. SUKEL (0104247) | Law Offices of Owen Dunn, Jr. |
| **FREEMAN MATHIS & GARY, LLP** | The Offices of Unit C |
| 65 East State Street, Suite 2550 | 6800 W. Central Ave., Suite C-1 |
| Columbus, Ohio 43215 | Toledo, OH 43617 |
| Telephone: (614) 808-6931 | Telephone: (419) 241-9661 |
| Facsimile: (888) 356-3590 | Facsimile: (419) 241-9737 |
| E-mail: doug.holthus@fmglaw.com | Monroe, MI: (734) 240-0848 |

spencer.sukel@fmglaw.com     E-mail:     obdjr@owendunnlaw.com

*Counsel for Defendant YK Engle Rd LLC*     *Counsel for Plaintiff Jill Caruso*

## **CERTIFICATE OF SERVICE**

On April 24, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (0074743)
Law Offices of Owen Dunn, Jr.
The Offices of Unit C
6800 W. Central Ave., Suite C-1
Toledo, OH 43617
Telephone: (419) 241-9661
Facsimile: (419) 241-9737
Monroe, MI: (734) 240-0848
E-mail: obdjr@owendunnlaw.com