## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JILL CARUSO**, | : | Case No. 1:24-cv-1136 |
| | : | |
| | : | **Judge Solomon Oliver, Jr.** |
| Plaintiff, | : | |
| | : | **Magistrate Judge Jonathan Greenberg** |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **YK ENGLE RD LLC**, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

Pursuant to the Stipulation filed herein by counsel,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement for a period of one year from the date of this Order.

IT IS SO ORDERED.

                                                                /S/ SOLOMON OLIVER, JR.
                                                                SOLOMON OLIVER, JR.
                                                                UNITED STATES DISTRICT JUDGE

June 2, 2025